JAMES L. LAFFERTY, as Executor, etc., of ANDREW ANDERSON, Deceased,
Respondent, Appellant, v. GENERAL ELECTRIC COMPANY, Appellant, and TONA-
WANDA POWER COMPANY, Respondent.— Judgment and order against General

Electric Company affirmed, with costs. Appeal taken by plaintiff as against defendant Tonawanda Power Company dismissed, without costs, upon stipulation filed. All concur.